JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RUBY CHON, an individual, | CASE NO.: CV 10-8708 JFW(FMOx) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL ON PARTIES' STIPULATION OF DISMISSAL** |
| SAFECO INSURANCE COMPANY OF ILLINOIS, a California corporation; and DOES 1 to 25, inclusive, | |
| Defendants. | |

1

1 The court, having reviewed and considered the stipulation of dismissal
2 without prejudice of the above-referenced action between Plaintiff Ruby Chon and
3 Defendant Safeco Insurance Company of Illinois, by and through their attorneys of
4 record, hereby orders as follows:
5 That the above-captioned action be and hereby is dismissed without
6 prejudice, pursuant to the parties' stipulation of dismissal and Federal Rules of
7 Civil Procedure, Rule 41(a)(1).
8 That each party shall bear their own attorneys' fees and costs.

10 DATED: January 20, 2011

_____
HON. JOHN F. WALTER
JUDGE OF THE UNITED STATES
DISTRICT COURT